| ADVERSARY PROCEEDING COVER SHEET | ADVERSARY PROCEEDING NO. (Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>THERESA ANN YOUNG | **DEFENDANTS**<br>AES Student Loan Servicing Center; American Educational Services; Missouri Higher Education Loan; Mohela; Nelnet Loan Services; Sallie Mae Servicing; U.S. Department of Education; and University of Missouri- Columbia |
| Attorneys (Firm Name, Address, and Telephone No.)<br>Kent Pray<br>Pray Law Firm, P.A.<br>PO Box 94224<br>N. Little Rock, AR 72190 | Attorneys (If Known) |

**PARTY** (Check one box only)   ☐ 1 U.S. Plaintiff   ☐ 2 U.S. Defendant   ☑ 3 U.S. Not a Party

**CAUSE OF ACTION** (Write a Brief Statement of Cause of Action, including all U.S. Statutes involved)

Complaint to Determine Dischargeability of Student Loan Debt

**NATURE OF SUIT**
(Check the one most appropriate box only)

- ☐ 454 To Recover Money or Property
- ☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest In Property
- ☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
- ☐ 424 To object or to revoke a discharge 11 U.S.C. § 727
- ☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap.13 Plan
- ☑ 426 To determine the dischargeability of a debt 11 U.S.C. § 523
- ☐ 434 To obtain an injunction or other equitable relief
- ☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan
- ☐ 456 To obtain a declaratory judgment Relating to any of foregoing causes of action
- ☐ 459 To determine a claim or cause of action removed to a Bankruptcy Court
- ☐ 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check one box only.)   ☑ 1 Original Proceeding   ☐ 2 Removed Proceeding   ☐ 4 Reinstated Or Reopened   ☐ 5 Transferred From Another Bankruptcy Court   ☐ Check if this is a class action under F.R.C.P. 23

**DEMAND**   Nearest Thousand $   Other Relief Sought   ☐ Jury Demand

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

Name of Debtor: Theresa Ann Young

Bankruptcy case No.: 4:03-19594

District in which case is pending: Eastern   Divisional Office: Little Rock   Name of Judge: Judge Evans

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| Plaintiff | Defendant | Adversary Proceeding No. |
|---|---|---|
| | | |

| District | Divisional Office | Name of Judge |
|---|---|---|
| | | |

**FILING FEE** (Check one box only)   ☐ Fee Attached   ☐ Fee Not Required   ☑ Fee is Deferred

| Date | Print Name | Signature of Attorney (Or Plaintiff) |
|---|---|---|
| 1/16/2004 | Kent Pray | /s/ Kent Pray |